570 A.2d 983

PORT–O–SAN CORPORATION, ETC. v.
PASSAIC VALLEY SEWERAGE COMMISSION.

December 5, 1989.

Petition for certification denied.

570 A.2d 983

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES AND C.D. v. E.D. AND K.D.

IN THE MATTER OF K.D., A MINOR.

December 5, 1989.

Petition for certification denied.   (See 233 *N.J.Super.* 401,
558 *A.*2d 1377)

570 A.2d 983

STATE OF NEW JERSEY v. EDWARD AYMAR.

December 5, 1989.

Petition for certification denied.